**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JIMMY SALTER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-00464-KD-M |
| | ) |
| **K & W SECURITY, LLC, and** | ) |
| **CARLOUS L. KING,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED as follows:

That the settlement agreement between Jimmy Salter and K & W Security, LLC and Carlous L. King, is approved; and

That pursuant to the settlement agreement, this action is dismissed with prejudice with costs taxed as agreed.

The Court does not retain jurisdiction to enforce the settlement agreement.

DONE and this 6th day of April, 2012.

       s/ Kristi K. DuBose
       KRISTI K. DuBOSE
       UNITED STATES DISTRICT JUDGE